**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

GORDON P. ACKLEY, and

TERRITORIAL COMMITTEE OF
THE V.I. GOP,

     Plaintiffs

                                        3:16-cv

v.

                                        Action for Order pursuant to
ELECTION SYSTEM OF THE               *5 V.I.C. §1361* and
VIRGIN ISLANDS, and                  *Fed. R. Civ. P. 65*

VIRGIN ISLANDS BOARD OF ELECTIONS,
and

CAROLINE F. FAWKES, individually
and in her position as Supervisor for the
Election System of the Virgin Islands,

     Defendants

_____/

## <u>VERIFIED COMPLAINT</u>

     COMES NOW, GORDON P. ACKLEY ("Ackley") and the TERRITORIAL
COMMITTEE OF THE V.I. GOP (the "Republican Party") and for their Complaint states as
follows:

## <u>PARTIES</u>

1. GORDON P. ACKLEY ("Ackley") is an adult resident of the U.S. Virgin Islands with a
   residential address of 48-7 Lindberg Bay, St. Thomas, VI 00802.

2. The TERRITORIAL COMMITTEE OF THE V.I. GOP (the "Republican Party") is the
   Republican National Committee-recognized state party for the Virgin Islands.

Ackley v. Election System of the Virgin Islands
Verified Complaint

3. The ELECTION SYSTEM OF THE VIRGIN ISLANDS (the "Election System") is the government entity responsible for the administration of elections in the Territory of the U.S. Virgin Islands.  The Election System's motto is "Fair – Accessible – Transpartent".

4. The VIRGIN ISLANDS BOARD OF ELECTIONS (the "Board of Elections") is established by *18 V.I.C. §41* and is responsible for the administration of the elections in the U.S. Virgin Islands.

5. CAROLINE F. FAWKES ("Fawkes") is the current supervisor of the Election System of the Virgin Islands.

## JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction over this action because it involves Mr. Ackley's candidacy for the position of Virgin Islands Delegate to the United States House of Representatives as a registered voter with the Republican Party of the U.S. Virgin Islands.

7. Venue is proper in the District of St. Thomas and St. John because Mr. Ackley is a resident of the island of St. Thomas, U.S. Virgin Islands and has filed his Declaration of Intent pursuant to *18 V.I.C. §381-4* in the St. Thomas office of the Election System as required by law.

## FACTUAL BACKGROUND

8. On or about May 5, 2016 the Joint Board of Elections (the "Joint Board") notified the Republican Party that the Joint Board would not conduct a full primary election.  The Joint Board would not allow the Republican Party to elect party officers at the primary election. *See Exhibit A.*

Ackley v. Election System of the Virgin Islands
Verified Complaint

9. On May 6, 2016 the Republican Party convened an emergency special meeting at which the Republican Party authorized the convening of a Republican Party Territorial Convention (the "Convention") to be held on June 11, 2016.  At the Convention the party officers would be elected and nominations would be held in order to nominate the candidates to be placed on the general election ballot for public office in the U.S. Virgin Islands as well as the position of Virgin Islands Delegate to the United States House of Representatives.

10. Via letter dated May 7, 2016 the Republican Party notified the Board of Elections of its decision to hold a territorial convention on June 11, 2016.  *See Exhibit B.*

11. May 17, 2016 was the deadline for individuals to submit nomination petitions to the Election System to have their names appear on the primary ballot for their registered political party.  However, given the notice that the Republican Party gave the Board of Elections of the Party's intention to nominate their candidates for public office at the Republican Party's territorial convention on June 11, 2016 there was not a necessity for individuals to submit nomination petitions.

12. It wasn't until June 1, 2016 that the Joint Board refused to certify the process as approved by the Republican Party for nomination of their candidates for public office.  The Joint Board intentionally, maliciously and specifically waited until after the deadline for the submission of nomination petitions to notify the Republican Party of the Joint Board's decision.

13. On June 11, 2016 the Republican Party held its territorial convention at the Windward Passage, St. Thomas, VI.  During the territorial convention Gordon P. Ackley was

unanimously selected for the position of Virgin Islands Delegate to the United States House of Representatives for the Republican Party.

14. On June 13, 2016 the Republican Party served on Ms. Fawkes in her position as Supervisor of the Elections System a letter outlining the nominations for the Republican nominees selected at the Republican Party Territorial Convention. Mr. Gordon Ackley was nominated for the position of Virgin Islands Delegate to the United States House of Representatives for the Republican Party. *See Exhibit C.*

15. On June 14, 2016 the Republican Party served on Ms. Fawkes in her position as Supervisor of the Elections System a letter setting forth the elected Republican Party office holders for the Virgin Islands. *See Exhibit D.*

16. The Election System continued to refuse to properly recognize Mr. Ackley as the proper nominee for the position of Virgin Islands Delegate to the United States House of Representatives for the Republican Party.

17. Mr. Ackley requested that the Board of Elections and the Election System allow him to file a nomination petition after the May 17, 2016 deadline given the fact that the Election System failed to notify the Republican Party of its decision to reject the nomination of candidates of the Republican Party for public office until after the deadline for filing of nomination petitions. The Board of Elections and the Election System refused to allow Mr. Ackley to file a nomination petition.

18. Mr. Gordon Ackley filed the proper paperwork with the Federal Election Commission to be recognized as a candidate for the U.S. House of Representatives, a federal election.

19. On June 20, 2014 the Republican Party served on the Board of Elections and the Election System a letter confirming Mr. Gordon Ackley's selection for the position of Virgin

Ackley v. Election System of the Virgin Islands
Verified Complaint

Islands Delegate to the United States House of Representatives for the Republican Party. *See Exhibit E.*

20. On June 28, 2016 a letter was delivered to Ms. Caroline Fawkes in her position as Supervisor of the Board of Elections of the Election System whereby the Republican Party requested that the Election System and the Board of Elections either certify and accept the Republican Party's nominated candidates of that the period to submit election petitions be re-opened to allow qualified candidates to submit nomination petitions. *See Exhibit F.*

21. The Board of Elections and the Election System took no action.

22. The Superior Court of the U.S. Virgin Islands ruled that the Election System is required to conduct a full primary election in the U.S. Virgin Islands.

23. Mr. Ackley, through representatives, confirmed with Ms. Genevieve Whitaker, Deputy Supervisor of Elections, that Mr. Ackley could participate in the primary election as a write-in candidate (despite the wrongful and biased decision of the Board of Elections and Election System to ignore his nomination by the Republican Party). Ms. Whitaker confirmed that as long as Mr. Ackley received the most votes as the write-in candidate for the office that Mr. Ackley was running for that he would appear on the general election ballot in November.

24. Ms. Whitaker forwarded to Mr. Ackley's representatives a copy of the "Write-In Rules & Regulations" which outline the procedure to register as a write in candidate. *See Exhibit G.*

Ackley v. Election System of the Virgin Islands
Verified Complaint

25. On July 14, 2016 at 3:40 PM the Declaration of Intent of Mr. Gordon P. Ackley pursuant to *18 V.I.C. §381-4* was filed in the St. Thomas office of the Election System at Lockhart Gardens. *See Exhibit H.*

26. Once a Declaration of Intent to run as a write in candidate is submitted the Declaration is required to be forwarded to the Joint Board and the Joint Board determines how the ballot is set up.

27. On July 26, 2016 Attorney Sheesley, on behalf of Mr. Gordon Ackley, spoke at length with Ms. Genevieve Whitaker. Ms. Whitaker confirmed that Mr. Ackley's Declaration of Intent was submitted and received by the Election System in a timely manner. Ms. Whitaker did not know whether Mr. Ackley's Declaration of Intent was submitted to the Joint Board as required. Attorney Sheesley also requested a sample ballot for the Republican Party primary. Ms. Whitaker informed Attorney Sheesley that no primary election would be held by the Election System for the Republican Party.

28. On July 27, 2016 Attorney Sheesley, on behalf of Mr. Gordon Ackley sent correspondence via email to Ms. Fawkes, Chairman Arturo Watlington and Ms. Whitaker requesting, among other things, confirmation that Mr. Ackley's Declaration of Intent had been forwarded to the Joint Board and that the Election System would be holding Republican Party primary election. Attorney Sheesley also requested primary and general election ballots for 2010, 2012 and 2014 as well as sample ballots for the Democratic and Republican parties' primaries for the 2016 election. Attorney Sheesley finally requested a list of all Republican Party candidates (whether registed as write-in candidates or via petition paper filings), including position sought for the 2016 election. *See Exhibit I.*

Ackley v. Election System of the Virgin Islands
Verified Complaint

29. To date no response to the July 27, 2016 letter has been received.

30. Several voters, registered as Republicans in the U.S. Virgin Islands, attempted to vote during the early voting period on July 27, 2016. These voters, Gordon Ackley and Todd Hecht on St. Thomas and Jevon Williams and David Johnson on St. Croix filled out all the necessary paperwork at the respective Election System offices in order to be allowed to vote on July 27, 2016 but were denied their right to vote. The voters were informed that the Election System would not be conducting a Republican Party primary and therefore the voters were denied their right to vote.

31. On August 1, 2016 the Republican Party delivered a letter to the Joint Board again objecting to the Election System's refusal to hold a primary election for the Republican Party despite the fact that Mr. Gordon Ackley is a registered candidate for the position of Virgin Islands Delegate to the United States House of Representatives for the Republican Party. *See Exhibit J.*

32. The Election System and the Board of Elections has taken the position that Mr. Gordon Ackley's name will not appear on the general election ballot for the position of Virgin Islands Delegate to the United States House of Representatives for the Republican Party in November 2016.

33. The failure of the Election System and the Board of Elections to hold a primary election for the Republican Party violates the basic rights of all Republican Party registered voters in the U.S. Virgin Islands to participate in the democratic process in violation of their basic Constitutional rights.

34. The refusal of the Election System and the Board of Elections to include Mr. Gordon Ackley's name on the general election ballot in November 2016 is a direct infringement

Ackley v. Election System of the Virgin Islands
Verified Complaint

on Mr. Gordon Ackley's (and the Republican Party's) right to participate in the democratic process in violation of his basic Constitutional rights.

35. The primary election is scheduled to be held in the U.S. Virgin Island on August 6, 2015.

36. If Mr. Gordon Ackley is not permitted to participate as a candidate in the Republican Party primary election on August 6, 2015 he will suffer immediate and irreparable injury and loss by not being permitted to be included on the general election ballot for the position of Virgin Islands Delegate to the United States House of Representatives for the Republican Party.

37. The actions of the Defendants not only have the effect of violating the rights of Mr. Ackley and the Republican Party but also cast serious doubts on the ability of the Defendants to hold a fair and meaningful election in the U.S. Virgin Islands.

38. The Defendants will suffer no harm by this Court issuing the appropriate Order(s). The Defendants have not printed any ballots for the Republican primary or the general election to be held in November 2016.

COUNT 1 – Request for Order under *5 V.I.C. §1361* to compel performance of duties

39. Plaintiffs' repeat and reallege all the factual allegations as contained in paragraphs 1 through 38 as though fully contained herein.

40. The conduct on the part of the Defendants has and continues to have the effect of violating the First Amendment and voting rights of citizens of the U.S. Virgin Islands.

41. The conduct of the Defendants has and continues to have the effect of violating the rights to Mr. Gordon P. Ackley both under the United States Constitution and under the laws and rules of the U.S. Virgin Islands as contained in *Title 18 Virgin Islands Code*.

42. As a result it is proper for this Honorable Court to issue an Order pursuant to *5 V.I.C. §1361* commanding the Defendants to hold a Republican Party primary election or alternatively to include Gordon P. Ackley on the ballot for the general election in November 2016 for the position of Virgin Islands Delegate to the United States House of Representatives for the Republican Party.

<u>COUNT 2 – Request for Emergency Temporary Restraining Order and Preliminary Injunction without notice to the Defendants</u>

43. Plaintiffs' repeat and reallege all the factual allegations as contained in paragraphs 1 through 38 as though fully contained herein.

44. The conduct on the part of the Defendants has and continues to have the effect of violating the First Amendment and voting rights of citizens of the U.S. Virgin Islands.

45. The conduct of the Defendants has and continues to have the effect of violating the rights to Mr. Gordon P. Ackley both under the United States Constitution and under the laws and rules of the U.S. Virgin Islands as contained in *Title 18 Virgin Islands Code.*

46. As a result it is proper for this Honorable Court to issue an Order pursuant to *Fed. R. Civ. P. 65* commanding the Defendants to hold a Republican Party primary election or alternatively to include Gordon P. Ackley on the ballot for the general election in November 2016 for the position of Virgin Islands Delegate to the United States House of Representatives for the Republican Party.

47. The Court may issue this Order on an emergency basis, without notice to the Defendants, based on the immediate and irreparable injury and loss that will be suffered by Mr. Gordon Ackley, the Republican Party and the registered voters of the U.S. Virgin Islands and based on the certification of counsel submitted pursuant to *Fed. R. Civ. P. 65(b)(1)(B).*

Ackley v. Election System of the Virgin Islands
Verified Complaint

WHEREFORE, Plaintiffs' respectfully request that this Honorable Court issue:

1.  An Order pursuant to *5 V.I.C. §1361* directing the Defendants to hold a Republican Party primary election or alternatively to include Gordon P. Ackley on the ballot for the general election in November 2016 for the position of Virgin Islands Delegate to the United States House of Representatives for the Republican Party;

2.  An Order pursuant to *Fed. R. Civ. P. 65(b)* directing the Defendants to hold a Republican Party primary election or alternatively to include Gordon P. Ackley on the ballot for the general election in November 2016 for the position of Virgin Islands Delegate to the United States House of Representatives for the Republican Party;

And further request that this matter be set for a hearing on a Preliminary Injunction hearing at the earliest possible time pursuant to *Fed. R. Civ. P. 65(b)(3)*.

Respectfully Submitted,
Michael L. Sheesley, P.C.

DATED:   8/5/16          s/Michael Sheesley
Michael L. Sheesley
PO Box 307728
St. Thomas, VI 00803
(412)972-0412 cell
michaelsheesleypc@gmail.com

Ackley v. Election System of the Virgin Islands
Verified Complaint

## VERIFICATION

TERRITORY OF THE VIRGIN ISLANDS      )
DIVISION OF ST. THOMAS AND ST. JOHN  ) ss

I, Gordon P. Ackley, first be duly sworn and deposed does hereby state: I am the Plaintiff in this action and I have read the Verified Complaint and know the contents hereof to be true and accurate.

_____
Gordon P. Ackley

Before me this 5th day of August, 2016 appeared Gordon P. Ackley, known to me or made know to me and signed the above verification in my presence.

_____
Notary Public

Carrie DeLight De Leon
Notary Public
St. Thomas – St. John, USVI
NP - 108-12
Comm. Exp. 12/12/2016

Page **11** of 11